IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-mj-07017-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KELVIN W. ROBINSON,

    Defendant.

_____

### ORDER ON TRIAL PROCEDURES
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the jury trial set for January 4, 2010 at 1:30 p.m.

    IT IS HEREBY **ORDERED** that each party shall provide to the Court, on or before **December 30, 2009**, an original and two copies of the following documents and materials:

1. A witness list;

2. An exhibit list;

    a. Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters.

    b. Parties shall exchange their pre-marked exhibits on or before **December 30, 2009**.

    c. Parties shall determine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits.

    d. The original trial exhibits of each party shall be used by the witnesses and two copies of the exhibits shall be provided to the Court.

    e. Any party disputing more than five (5) exhibits shall place them into notebooks for the Court, the witness and 12 jurors.

    f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and clarity of the record.

  3. A statement of any objections to their opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection.

  4. A list of witness scheduling problems, indicating times of such witnesses' availability during the trial.

  5. Any stipulation concerning those exhibits which can be admitted into evidence by agreement of the parties.

  6. Any stipulation of facts agreed to by the parties.

  7. A list of any facts of which a party is requesting that the Court take judicial notice.

  8. Proposed jury instructions.

  IT IS FURTHER **ORDERED** that each party shall provide to the Court, no later than 5 days before the date set for trial, with an original and two copies of any Notice of Disposition. If no Notice of Disposition is presented to the Court, pursuant to this order the case will be tried as scheduled unless Defendant elects to plead guilty as charged.

Dated: December 21, 2009

              BY THE COURT:

              s/ Kristen L. Mix
              U.S. Magistrate Judge
              Kristen L. Mix