# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 09-mj-7017-KLM |
| KELVIN WAYNE ROBINSON | Thomas Goodreid (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 3 and 4 of the superceding Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-3-114 and 18 U.S.C. § 13; C.R.S. § 42-3-113(6) | Expired Plates and Failure to Provide Proof of Registration | On or about January 18, 2009 | 3 and 4 |

Defendant to successfully complete deferred prosecution period of 6 months, per stipulation, on counts 1 and 2 of the superceding Information. Defendant to pay $150 on counts 3 and 4, by September 10, 2010. No further conditions imposed. Proof of same to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $150 | $20: $50 Processing fee | $80.00 |

March 10, 2010
Date of Imposition of Judgment

*Signature of Judicial Officer*

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

3/11/240
Date